**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Jamaica Morrison, Preston Ellis, and Jerick Clement,
Defendants,

Of whom Jamaica Morrison is the Appellant

and

Preston Ellis and Jerick Clement are Respondents.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2019-002113

--------

Appeal From Greenville County
Rochelle Y. Conits, Family Court Judge

--------

Unpublished Opinion No. 2020-UP-174
Submitted May 27, 2020 – Filed June 4, 2020

--------

**AFFIRMED**

--------

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent South Carolina Department of Social Services.

Heather Vry Scalzo, of Byford & Scalzo, LLC, of Greenville, for Respondent Jerick Clement.

Preston Ellis, pro se.

Don J. Stevenson, of Don J. Stevenson, Attorney at Law, of Greenville, for the Guardian ad Litem.

---

**PER CURIAM:**  Jamaica Morrison appeals the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Morrison's counsel.

**AFFIRMED.**[1]

**HUFF, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.